IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD FELIX WINNETT
ADC #139544                                                                                               PLAINTIFF

v.                                              4:07CV01227HLJ

SALINE COUNTY JAIL, et al.                                                                    DEFENDANTS

ORDER

Defendants shall file a response to plaintiff's motions to dismiss the waiver of the jury trial demand (DE ##127, 128) within ten days of the date of this Order.

IT IS SO ORDERED this 20th day of May, 2009.

_____
United   States   Magistrate   Judge