IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DONALD FELIX WINNETT,
ADC #139544                                                                                              PLAINTIFF

v.                                                   4:07CV01227HLJ

SALINE COUNTY JAIL, et al.                                                                    DEFENDANTS

ORDER

This matter is before the Court on the defendants' motion for summary judgment (DE #138). As of this date, plaintiff has not filed a response to the motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion for summary judgment within ten (10) days of the date of this Order. Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 24th day of June, 2009.

_____
United States Magistrate Judge